No. 515. WHEELING STAMPING CO. ET AL. *v.* STANDARD CAP & MOLDING CO. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth

Circuit denied. *William H. Parmelee* for petitioners. *Dean S. Edmonds* for respondent.